# UNITED STATES DISTRICT COURT
## District of Minnesota

Tessa Anderson,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 23-cv-692 JRT/ECW

Unum Insurance Company,

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

These matters are **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

Date: 12/19/2023

KATE M. FOGARTY, CLERK